## EX PARTE MOORE.

(Decided December 9, 1912.)

Original petition in Supreme Court.

R. B. EVINS, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Writ denied.

---

## EX PARTE SALMON.

(Decided November 21, 1912.)

Original petition in Supreme Court.

JAS. W. STROTHER, for appellant. BRIDGES & OLIVER, for appellee.

Per curiam. Petition denied.

---

## FIELDS V. CAIRNS.

(Decided December 5, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

TILLMAN, BRADLEY & MORROW and CHAS. E. RICE, for appellant. No counsel marked for appellee.

Per curiam. Affirmed on motion.

---

## HERRING HALL M. S. CO. V. FIRST NATIONAL BANK.

(Decided January 23, 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

J. M. CHILTON and BALL & SAMFORD, for appellant. STEINER, CRUM & WEIL and HORACE STRINGFELLOW, for appellee.

Per curiam. Dismissed by agreement.